IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03063-RPM

Busick, Beth

    Plaintiff(s),

v.

Gebhardt Automotive, Inc.

    Defendant(s).

_____

**ORDER FOR DISMISSAL**
_____

Pursuant to the Stipulated Motion for Dismissal with Prejudice [8], it is

ORDERED that this action is dismissed with prejudice, party to pay their own costs and attorney's fees.

DATED: April 14th, 2011

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge